### 4318.   GURR v. THE STATE.

RUSSELL, J.   The exceptions to the charge of the court are without merit.  The charge as a whole covered every issue in the case.  The court ruled correctly on the points raised as to the admissibility of the testimony, and the evidence warranted the verdict.

*Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Indictment for cattle-stealing; from Early superior court—Judge Worrill.  June 22, 1912.

*W. I. Geer,* for plaintiff in error.

*J. 'A. Laing, solicitor, R. R. Arnold,* contra.

---

### 4320.   BROWN v. CITY OF ATLANTA

POTTLE, J.   Evidence that about nightfall on a Sunday the accused was seen in a buggy in one of the public pleasure parks of the city of Atlanta; that he began whistling to attract attention; that shortly thereafter two persons in a buggy approached and the accused reached down in his buggy and opened a valise containing eleven half-pints of whisky; that the persons who approached, seeing a police officer looking at the accused, declined to take the whisky, and that the accused at the time had three half-pints of whisky in his pocket, authorized his conviction as a "traveling blind-tiger," under § 1640 of the Code of the City of Atlanta.                                              *Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Certiorari; from Fulton superior court—Judge Pendleton.  June 5, 1912.

*John A. Boykin,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.

---

### 4322.   PALMER v. CITY OF ATLANTA.

HILL, C. J.   The evidence fully warranted the conclusion that the accused had in his possession intoxicating liquor for the purpose of illegal sale; and, as no error of law appears, there was no error in overruling the certiorari.                                    *Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Certiorari; from Fulton superior court—Judge Pendleton.  May 21, 1912.

*John A. Boykin,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.